STATE of Maine

v.

Douglas MOSS.

Supreme Judicial Court of Maine.

Submitted on Briefs Nov. 10, 1988.
Decided Nov. 17, 1988.

Mary Tousignant, Dist. Atty., Anne H. Jordan, Deputy Dist. Atty., Alfred, for plaintiff.

Michael Cantara, Caron & Sullivan, Biddeford, for defendant.

Before ROBERTS, WATHEN, GLASSMAN, CLIFFORD, HORNBY and COLLINS, JJ.

MEMORANDUM OF DECISION.

Douglas Moss appeals from his conviction under 29 M.R.S.A. § 2298 (habitual offender) in a jury trial held in Superior Court, York County (Brennan, J.). We find no merit in his assertion that a request for reinstruction by the jury during its deliberations requires a post-verdict *in camera* examination of the jurors by the presiding justice. *State v. Cote*, 540 A.2d 470 (Me. 1988). Additionally, we find sufficient evidence from which a jury rationally could determine guilt beyond a reasonable doubt. *State v. Barry*, 495 A.2d 825, 826 (Me. 1985).

The entry is:

JUDGMENT AFFIRMED.

All concurring.